UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACIE PERCELLA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF BAYONNE, JOSEPH WAKS, INDIVIDUALLY, AND RICHARD CENSULLO, INDIVIDUALLY<br><br>*Defendants.* | Civil Action No. 14-cv-03695(KM)(MCA)<br><br>Civil Action<br><br>**NOTICE OF DEFENDANT'S, CITY OF BAYONNE, JOSEPH WAKS AND RICHARD CENSULLO, MOTION FOR SUMMARY JUDGMENT** |

TO: Bruno Gerbino, Esquire
Gerbino Soriano & Aitken, LLP
70 Hilltop Road, Suite 1005
Ramsey, NJ 07446
Attorneys for Plaintiff

PLEASE TAKE NOTICE that on June 15, 2020, at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorney for the Defendants, City of Bayonne, Joseph Waks, and Richard Censullo (the "Defendants") shall apply, by way of Motion before the United States District Court for the District of New Jersey, for an Order granting Summary Judgment, pursuant to Fed. R. Civ. P. 56, in favor of the Defendants.

PLEASE TAKE FURTHER NOTICE that Defendants will rely upon the Certification and Brief of Teresa M. Lentini, Esquire on behalf of this Motion.

A proposed form of Order is annexed hereto.

                                    **FLORIO PERRUCCI STEINHARDT**
                                    **CAPPELLI TIPTON & TAYLOR, LLC**
                                    Attorneys for Defendants

Dated: May 14, 2020                By:      */s/ Teresa M. Lentini*
                                            Teresa M. Lentini, Esquire (023341986)
                                            Nicholas A. Sullivan, Esquire (243092018)
                                            1010 Kings Highway South, Building 2
                                            Cherry Hill, NJ  08034
                                            Telephone: (856) 853-5530
                                            Email: tlentini@floriolaw.com
                                                        nsullivan@floriolaw.com