UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACIE PERCELLA,<br><br>*Plaintiff*,<br><br>v.<br><br>CITY OF BAYONNE, JOSEPH WAKS, INDIVIDUALLY, AND RICHARD CENSULLO, INDIVIDUALLY<br><br>*Defendants*. | Civil Action No. 14-cv-03695(KM)(MCA)<br><br>Civil Action<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

**THIS MATTER** having been opened to the Court by Defendants, City of Bayonne, Joseph Waks, and Richard Censullo, by way of Motion for Summary Judgment and upon consideration of the submittals, and for good cause shown;

**IT IS ORDERED** this _____ day of _____, 2020:

1. Defendant's Motion for Summary Judgment is hereby GRANTED

2. Plaintiff Stacie Percella's Amended Complaint is hereby DISMISSED with prejudice; and

3. A copy of this Order shall be served within 7 days of counsel's receipt of this Order.

_____<br>U.S.D.J.