UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| STACIE PERCELLA,<br><br>*Plaintiff,*<br><br>v.<br><br>CITY OF BAYONNE, JOSEPH WAKS, INDIVIDUALLY, AND RICHARD CENSULLO, INDIVIDUALLY<br><br>*Defendants.* | Civil Action No. 14-cv-03695(KM)(MCA)<br><br>Civil Action |

**CERTIFICATION OF TERESA M. LENTINI, ESQUIRE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

I, Teresa M. Lentini, Esquire, of full age, hereby certify as follows:

1.  I am an attorney at a law in the State of New Jersey and am a Partner with the law firm of Florio Perrucci Steinhardt Cappelli Tipton & Taylor, LLC, attorneys for Defendants City of Bayonne, Joseph Waks and Richard Censullo, ("Defendants"). I make this certification in support of Defendants' Motion for Summary Judgment.

2.  A true and correct copy of Plaintiff's Complaint filed on June 9, 2014 is attached hereto as Exhibit "A".

3.  A true and correct copy of Plaintiff's Amended Complaint filed on October 7, 2014 is attached hereto as Exhibit "B".

4.  A true and correct copy of the Request for Personnel Action/New Hire form dated January 9, 2001 is attached hereto as Exhibit "C".

5.  A true and correct copy of the Provisional Appointment Listing dated April 4, 2006 is attached hereto as Exhibit "D".

6. A true and correct copy of the cited pages of the deposition transcript of Stacie Percella taken August 24, 2016 is attached hereto as Exhibit "E".

7. A true and correct copy of the Organization Transfer is attached hereto as Exhibit "F".

8. A true and correct copy of the Preliminary Notice of Disciplinary Action, or 31-A, dated November 6, 2009 is attached hereto as Exhibit "G".

9. A true and correct copy of correspondence to Ms. Percella dated January 12, 2010 is attached hereto as Exhibit "H".

10. A true and correct copy of the Investigators Report of Len Nguyen and Khnong Dnong dated October 28, 2009 is attached hereto as Exhibit "I".

11. A true and correct copy of correspondence from Michael McKittrick to Jason O'Donnell dated June 25, 2010 is attached hereto as Exhibit "J".

12. A true and correct copy of the Supplementary Investigation Report dated September 28, 2010 is attached hereto as Exhibit "K".

13. A true and correct copy of the Supplementary Investigation Report dated October 7, 2010 is attached hereto as Exhibit "L".

14. A true and correct copy of Charles P. Daligan, Esquire's January 31, 2011 report is attached hereto as Exhibit "M".

15. A true and correct copy of correspondence from Charles P. Daglian, Esquire to Peter J. Cresci, Esquire dated January 10, 2011 is attached hereto as Exhibit "N".

16. A true and correct copy of correspondence from Anthony J. DeSalvo to Steven Gallo dated April 25, 2011 is attached hereto as Exhibit "O".

17. A true and correct copy of Final Notice of Disciplinary Action dated May 9, 2011 is attached hereto as Exhibit "P".

18. A true and correct copy of Administrative Law Judge Walter M. Braswell's April 16, 2012 preliminary decision is attached hereto as Exhibit "Q".

19. A true and correct copy of the May 16, 2012 Final Administrative Action of the Civil Service Commission is attached hereto as Exhibit "R".

20. A true and correct copy of correspondence from Stacie Percella to Donna Russo, Esquire dated October 6, 2010 is attached hereto as Exhibit "S".

21. A true and correct copy of correspondence from Stacie Percella to Donna Russo, Esquire dated October 9, 2010 is attached hereto as Exhibit "T".

22. A true and correct copy of the cited pages of the deposition transcript of Richard Censullo taken June 29, 2016 is attached hereto as Exhibit "U"

23. A true and correct copy of Confidential Memorandum dated November 24, 2010 from Donna Russo to Stephen Gallo is attached hereto as Exhibit "V".

24. A true and correct copy of the Notice of Minor Disciplinary Action dated June 20, 2013 is attached hereto as Exhibit "W".

25. A true and correct copy of Preliminary Notice of Disciplinary Action dated July 12, 2013 is attached hereto as Exhibit "X".

26. A true and correct copy of correspondence from Anthony J. DeSalvo to Charles Pl Daglian, Esquire and Seth M. Gollin, Esquire dated January 7, 2014 is attached hereto as Exhibit "Y".

27. A true and correct copy of Administrative Law Judge Caridad F. Rigo Initial Decision dated July 2, 2014 is attached hereto as Exhibit "Z".

28. A true and correct copy of the Final Administrative Action Order of the Civil Service Commission issued a Final Administrative Action Order dated August 13, 2014 is attached hereto as Exhibit "AA".

29. A true and correct copy of the cited pages of the deposition transcript of Joseph Waks taken on June 29, 2016 is attached hereto as Exhibit "BB".

30. A true and correct copy of correspondence from Stacie Percella to Donna Russo dated September 17, 2013 is attached hereto as Exhibit "CC".

31. A true and correct copy of Confidential Communication from Donna M. Russo to Director Joseph Waks and Stacie Percella dated October 15, 2013 is attached hereto as Exhibit "DD".

I hereby certify that the foregoing made by me are true and accurate. To the extent that any statements made are based upon information and belief, they are true and accurate to the best of my knowledge.

Dated: May 14, 2020

/s/ Teresa M. Lentini
Teresa M. Lentini, Esquire (23341986)
**FLORIO PERRUCCI STEINHARDT CAPPELLI TIPTON & TAYLOR, LLC**
1010 Kings Highway South, Building 2
Cherry Hill, NJ 08034
Telephone: 856-628-8372
Email: tlentini@floriolaw.com