# EXHIBIT C

# REQUEST FOR PERSONNEL ACTION/NEW HIRE (PF-57) - Revised 4-96-96
NEW JERSEY DEPARTMENT OF PERSONNEL • OFFICE OF REGIONAL SERVICES

**ENTER TRANSACTION EFFECTIVE DATE HERE** ▷ 1 / 9 / 01

INSTRUCTIONS: See back for instructions for the completion of this form and for explanations of the Data Codes used. Do not make entries in shaded areas.

## SECTION A — EMPLOYEE IDENTIFICATION, TITLE AND SALARY DATA

| Employee's Name (Last, First, Middle Initial) | Home Address (Only if desired for use by jurisdiction) | Social Security No. |
|---|---|---|
| Percella, Stacie | 25 W. 40th St., Bayonne, N.J. 07002 | 145604047 |

| Juris./Dept. Code | Jurisdiction | Department | Division or Bureau |
|---|---|---|---|
| N090100  11 | Bayonne | Health & Welfare | H&W 03 |

| Title | Title Code | Full Time / Part Time | Weekly Work Hours | EEO Job Code | EEO Function Code |
|---|---|---|---|---|---|
| Clerk | 01245 | ☒ Full Time | 40 | | |

| Base Salary | Rate Period | Salary Range | Additional Compensation | | |
|---|---|---|---|---|---|
| $22,803 | Pay Frequency | 18429-25780 | Type: | Amount: $ | |

## SECTION B — PERSONAL, EDUCATION AND MISCELLANEOUS DATA

| Sex | EEO Ethnic Code | Date of Birth | Service Entry Date | Physical/Mental | Highest Education Level | College Credits |
|---|---|---|---|---|---|---|
| ☐ M ☒ F | | 1 / 9 / 65 | / / | | | |

| Major Subject | Resident of Jurisdiction? (If No, enter municipality and county of residence) | Machines Operated/Licenses Required |
|---|---|---|
| | ☒ YES ☐ NO | |

## SECTION C — TRANSACTION REQUESTED APPROVED (Do not make entries in shaded areas)

☒ **PERMANENT APPOINTMENT:**
- ☐ From Open Competitive Cert. dated ___/___/___
- ☒ To Non-Competitive Division Position
- ☐ From Special Reemployment Cert. dated ___/___/___
- ☐ From Regular Reemployment Cert. dated ___/___/___
- ☐ Specific Legislation—Chapter ____, PL ____
- ☐ Regular Appointment extended conditionally

☐ **PROVISIONAL APPOINTMENT:**
- ☐ Pending Open Competitive Examination
- ☐ Pending Promotional Procedures
- ☐ NJAC 4A:4-1.5 O/C Certification dated ___/___/___
- ☐ NJAC 4A:4-1.5 Promotion Certification dated ___/___/___
- ☐ Lateral Title Change — Qualifying Examination

☐ **UNCLASSIFIED APPOINTMENT:**
(If checked above, give Citation NJSA ____)
Unclassified Appointment Disapproved (See Section D below).

☐ **TEMPORARY/EMERGENCY APPOINTMENT**
- ☐ 6 months or less-aggregate
- ☐ 30 work days or less—emergency
- ☐ Grant — 12 months or less
- ☐ Interim — Replacing

☐ Duties Classified As/Correct Title Is:
Title ____
Title Code: ____

## SECTION D — EXPLANATIONS (If more space is needed, continue on back).

## SECTION E — CERTIFICATIONS AND SIGNATURES

1. **EMPLOYEE:** I certify that the statements made concerning me in Section B are to the best of my knowledge true and correct.
   SIGNATURE OF EMPLOYEE: _Stacie Percella_   DATE: 01/09/01

2. **APPOINTING AUTHORITY:** I certify that the action herein requested is consistent with and conforms to pertinent Personnel Rules and Regulations and that, if an appointment, such appointment has been made in accordance with legal requirements and that the position in question has been legally established in accordance with ordinance or resolution.
   SIGNATURE: ____ 1/9/01  Dir of Health

3. **DEPARTMENT HEAD SIGN HERE**
4. **PERSONNEL OFFICER SIGN HERE**

(FOR JURISDICTION USE)
DoP
1/11/01

ADDITIONAL SIGNATURES ☐ Continued on back.

## DO NOT MAKE ANY ENTRIES BELOW • FOR N.J.D.P. USE ONLY

| STATUS AVAILABLE LISTS | ☐ NO LIST EXISTS  ☐ SPECIAL REEMPLOYMENT LIST  ☐ REGULAR ____ |
|---|---|
| | O/C LIST: Symbol ____ Expiration Date ____ |
| | PROM LIST: Symbol ____ Expiration Date ____ |
| | ☐ EXAM ANNOUNCED: Symbol ____ Closing Date ____ |
| | ☐ NO APPROPRIATE LIST, ☐ APPROPRIATE LIST EXISTS, Certify as appropriate from ____ |
| | Title of List to be used as appropriate ____  Symbol ____ Expiration Date ____ Information Verified by ____ Date ____ |

**EXAM GENERATION SECTION**
Announce O/C Exam Open to:
1. ☐ JURISDICTION ONLY
2. ☐ JURISDICTION AND:
3. ☐ COUNTY ONLY
4. ☐ CONTIGUOUS COUNTIES ONLY
5. ☐ STATE ONLY

☐ PAY Prepared
APPROVALS:
Signature ____ Date ____
Signature ____ Date ____
FINAL APPROVAL ____

PERCELLA-0145