# EXHIBIT D

PAGE 1 OF 1

# PROVISIONAL APPOINTMENT LISTING
## NEW JERSEY DEPARTMENT OF PERSONNEL

CERTIFICATION NUMBER: DL060739  CERTIFICATION DATE: 04/04/06

TITLE CODE: 05367  TITLE NAME: DPTY RGSTR VTL STATS/PRNCPL CLK TYPST

AA/JURISDICTION NAME: BAYONNE — N09010000

UNIT SCOPE/DEPARTMENT: ALL DEPARTMENTS

LOCATION(S):

| PROVISIONAL NAME | Soc. Sec. Number | Pos. No. / Dept | F/P | STATUS AFTER CERTIFICATION |
|---|---|---|---|---|
| PERCELLA STACIE | 145604047 | HLTH & WELFAR | F | Appointed |

**Instructions:** For each provisional employee listed above, enter the appointment status of the employee after the certification is completed (RAO, RAP, RAS, Terminated, Reassigned, etc). Retain one copy of the completed form with your files and return one copy to the Department of Personnel with the completed disposition. Notify the Department of Personnel of any discrepancies in appointment status of the employees displayed in this listing.

PERCELLA-0153

DPF-590 Revised 01-16-02