# EXHIBIT F



## Organizational Transfer (05)

### Current:

| Field | Value |
|---|---|
| Employee ID | 000046490 |
| Employee Name | STACIE PERCELLA |
| Title Code | 05367 |
| Title Name | DPTY RGSTR VTL STATS/PRNCPL CLK TYPST |
| Jurisdiction Base | 090100 |
| Jurisdiction Name | BAYONNE |
| Jurisdiction Dept | 0011-HEALTH AND WELFARE |
| Request Number | 09010000110900477 |
| Job Number | 1 |
| Appointment Type | RAO |

### Update:

| Field | Value |
|---|---|
| *Jurisdiction Dept | 0017-MUNICIPAL SERVICES |
| Comments | |
| Prior Comments | |
| Transaction Status | 80-Approved |
| *Effective Date | 11/30/2009 |

Cancel

User: DEBBY FALCIANI
Juris Base: 090100 - Bayonne - All Depts: Online

Home  Select Jurisdiction  New Transaction  Admin  Reports  Queries  Help  Logout

PERCELLA-0075

https://info csc stat-