# EXHIBIT G

## Preliminary Notice of Disciplinary Action (31-A)
### Civil Service Commission – State of New Jersey

**Instructions for employer:** This notice must be served on a permanent employee or an employee serving a working test period in the career service against whom one of the following types of disciplinary action is contemplated: (a) suspension or fine for more than five working days at any one time; (b) suspension or fine for five working days or less where the aggregate number of days suspended or fined in any one calendar year is 15 working days or more; (c) the last suspension or fine where an employee receives more than three suspensions or fines of five working days or less in a calendar year; (d) disciplinary demotion from a title in which the employee has permanent status or received a regular appointment; (e) removal; or (f) resignation not in good standing. A copy of this notice must be sent to the Civil Service Commission. Subsequent to the hearing by the appointing authority, the employee and the Civil Service Commission must be served with the Final Notice of Disciplinary Action.

| FROM: | Employing Agency Name | Address/Phone Number | | Date |
|---|---|---|---|---|
| | City of Bayonne | 630 Ave. C, Bayonne, NJ 07002 (201) 858-6095 | | Nov. 6, 2009 |
| | Attorney representing your agency should this matter be appealed | | Address/Phone number/Email address | |
| | Donna M. Russo, Esq. | | 630 Ave. C, Bayonne, NJ 07002, (201) 858-6097 | |
| TO: | Employee Name | Permanent Civil Service Title | | Social Security Number |
| | Stacie Percella | Deputy Registrar | | 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 |
| | Address/Phone Number | | | |

You are hereby notified that the following charge(s) have been made against you: *(If necessary, use additional sheets and attach)*

**Charges:**

Incompetency, Inefficiency or Failure to Perform Duties; Conduct Unbecoming a Public Employee; Neglect of Duty; Other Sufficient Cause

**Incident(s) giving rise to the charge(s) and the date(s) on which it/they occurred:**

See attached.

☐ If checked, charges are continued on attached page.

☒ If checked, incidents are continued on attached page.

☐ You are hereby suspended effective _____
*(Check box to indicate if employee is suspended pending final disposition of the matter)*

If you desire a departmental hearing before the appointing authority on the above charge(s), notify it within __7__ *days of receipt of this form. If you request a hearing it will be held on November 20, 2009 at (time) 10:00 a.m. at (place of hearing) Law Department Conference Room, 630 Ave. C, Bayonne, NJ 07002

*Must be a minimum of five days

The following disciplinary action may be taken against you:

☒ Suspension for __5 days__ working days, beginning __after hearing__ and ending __without pay & decision__

☐ Indefinite suspension pending criminal charges effective (date) _____

☐ Removal, effective (date) _____

☐ Demotion to position of _____ effective (date) _____

☐ Resignation not in good standing, effective (date) _____  ☐ Other Disciplinary Action

☐ Fine __amount__ which is equal to __number__ (number of working days)

Appointing authority or authorized agent's signature and title.

Signature _/s/ Larry H. Lanne_   Title _Acting Director of Health_

This form must be personally served on the employee or sent by certified or registered mail.

☐ Certified or Registered Mail   ☐ Receipt Number _____

☒ Signature of Server _____   ☒ Date of personal service _____

DPF-31A Revised 07-09-09   DISTRIBUTION: Employee, Union Representative or Attorney, Management, Civil Service Commission.
When using a form downloaded from the Internet you still must provide the indicated above number of copies to all parties.

PERCELLA-0167

**PRELIMINARY NOTICE OF DISCIPLINARY ACTION (31-A)**
**CONTINUED**
**Page 2/2**

RE: Stacie Percella, Assistant Registrar
City of Bayonne

**SPECIFICATIONS:**

Upon information and belief, on August 3, 2009, in furtherance of your duties as Deputy Register of the City of Bayonne and in your official capacity as a duly authorized Notary Public of the State of New Jersey (State I.D. 2285313 - Commission expiring March 13, 2012), you notarized official documentation during the course of your employment with the City of Bayonne certifying under oath that a certain Mr. Khuong Ton Duong personally executed said document before you when in fact, Mr. Duong did not appear before you in person as he was not present in this State in order to have done so.

See, EXHIBIT A entitled "Department of Health and Senior Services, Bureau of Vital Statistics FORM REG-60" that is attached hereto and specifically made part of this notice.