# EXHIBIT I

October 28, 2009

Investigators Report of:

Len Nguyen and Khnong Dnong

Date:   October 20, 2009   Instructed by Law Director Charles D'Amico
to investigate the above.

1:15 P.M.   went to 102 Baldwin Avenue, Jersey City, NJ to locate Mr. Khnong Dnong his apartment was in the Basement spoke to the maintenance man in the building who directed me to apartment Number 1 and told me Mr. Dnong knocked on the door several times with no response – left business card.

5:20 P.M.   Received phone call from Donna Russo, Assistant City Attorney for the City of Bayonne. Ms. Russo informed me she received a phone call from Mr. Dnong regarding my visit and left a number for me to contact him (201) 889 – 5305

5:45 P.M.   Called Mr. Dnong and in speaking with him I learned it was not Khnong Dnong it was his brother who informed me his brother Khong Dnong is now living in North Carolina I asked him for his brother's phone number and he gave it to me (201) 208 – 4323.

6:00 P.M.   Called Mr. Khnong Dnong and informed him that I work for the City of Bayonne in the law department and I was trying to correct an error made on a form he made out in June 25, 2009 he informed me that he came to Bayonne City Hall with Ms. Len Nguyen to add his name to his daughters birth certificate at this time I asked him how many times he came to the city of Bayonne to fill out forms regarding his daughters birth certificate he indicated to me that he only came once and than moved to North Carolina in July 2009 and has been there since at this time I told him I would do more research on this matter and contact him in the next couple of days.

October 23, 2009

1:00 P.M.   Called Mr. Dnong on a follow up call to correct a possible error on the forms for his daughters birth certificate and that I had a couple more questions to ask him I asked him to tell me exactly what took place when he came to City Hall. He stated to me that when he came to fill out the documents in June 25, 2009 and went to where the birth certificate department was he spoke to a women he can not remember her name and she gave him the form to fill out he said he filled out the first one wrong and they gave me a new one to fill out he said he signed it. I asked him was he alone he stated to me he had his wife with him. I also asked him how many times was he at City Hall and he indicated to me he was only there once he received a phone call from a man asking him if he could come back to City Hall because there was a problem with the paper work he filled out could he come back to fix it he said he would be back in New Jersey in August but he never returned and never had a chance to come back. I asked him if he will be coming back and he said when he sells his business. I told Mr. Dnong I would do more research in this matter and I will get back to him Monday.

PERCELLA-0175

October 24, 2009

10:30 P.M.   I received a phone call on Saturday morning from Mr. Dnong he told me he and his wife were very concerned that his name was not on his daughters birth certificate. I assured him I was still looking into this matter and if there were any problems I would let him know. I asked him if I faxed him a document would he able to identify his signature. He said yes and he gave me the fax (919) 942-2526. He also indicated to me that he was speaking to his brother the night before and his brother said that he received some paperwork from Bayonne and signed my name to it and mailed it back to Bayonne. I asked him when did your brother get these papers I think in August he said. I asked him why didn't you mention this to me sooner. I didn't remember till my brother mention it to me last night. I told him I would get back to him.

end of report

PERCELLA-0176



# City of Bayonne

### LAW DIVISION

630 Avenue C, Bayonne, NJ 07002

Phone (201) 858-6091                    Fax (201) 858-6092

**Mark A. Smith**, Mayor                **Charles M. D'Amico**, Corporation Counsel

## MEMORANDUM

TO:        Stacy Percella, Deputy Registrar

FROM:      Donna M. Russo, Assistant City Attorney

DATE:      February 18, 2010

SUBJECT:   Disciplinary Action

On November 6, 2009, you were served with a "Preliminary Notice of Disciplinary Action" (DPF-31A) and notified of a pending disciplinary action. You requested a hearing and said hearing was scheduled for January 25, 2010. By letter of January 25, 2010, Peter Cresci, Esq., of Cresci LLC advised of his retention on your behalf and requested an adjournment. An adjournment was granted and your hearing re-noticed for February 1, 2010 to permit you the opportunity to retain new counsel or for Mr. Cresci to seek the opinion of Attorney Ethic's Committee as to the propriety of his representation in matters dealing with the City of Bayonne. By letter of January 29, 2010, we were advised by Mr. Cresci, again on your behalf, that you were waiving your formal hearing. Accordingly, we enclose the "Notice of Minor Disciplinary Action" suspending you for two (2) days March 3rd and March 4th, 2010 without pay.

If this office is incorrect about Mr. Cresci is acting on your behalf and you are not waiving a hearing, you must contact this office in writing by the end of the business day on Friday, February 19, 2010 or the resulting two (2) day suspension without pay will stand.

Please be guided accordingly.

V:\PRODDATA\LAW\Word 6.0\Russo\Percella ltr.doc

PERCELLA-0200