# EXHIBIT L

## SUPPLEMENTARY INVESTIGATION REPORT

| Department | Mun. Code | Phone Number | UCR | Pros's Case Number | Dept. Case Number |
|---|---|---|---|---|---|
| BAYONNE POLICE DEPARTMENT | 0901 | 201-858-6900 | | | 2010-65909 |

| Crime/Incident | New Crime/Incident if Changed | Victim's Name/New Address |
|---|---|---|
| Police Information | | State of New Jersey<br>630 Avenue C<br>Bayonne, NJ 07002<br>201-858-6900 |

**Crime/Incident Date(s):** 6/1/2009-9/27/2010

| New NJS | Stolen Currency | Additional stolen property value | Additional recovered value | Teletype Alarm |
|---|---|---|---|---|
| | | | | |

| Add'l technical services | Technicain and agency | Evidence |
|---|---|---|
| | | retained |

| No. Arrested | Newly Arrested | Adult | Juvenile | Curr Status Crime | Curr. Case | UCR Status | Date Cleared |
|---|---|---|---|---|---|---|---|
| 0 | 0 | 0 | 0 | Founded | Investigation | | |

| 68. Name | Address of Arrested/Summoned | Age | Sex | Race | DOB |
|---|---|---|---|---|---|
| | | | | | |

In regards to the above listed investigation the u/s conducted a review of the two hundred seventy four (274) pages of documents provided by Stacie Percella. Upon review of the paperwork, the u/s was unable to find any evidence of a crime at this time, although the u/s did find possible errors in the department's record keeping. The u/s specifically found possible discrepancies in the way compensation time was being used in relation to the time that was listed on record. It had previously been stated by Ms. Percella that Vanessa Bryant (employee) was possibly receiving longevity based upon twelve (12) years of service, when she actually only has ten (10) years of service. This would result in Bryant receiving an additional one (1) percent increase in her pay.

On this date the u/s met with Steve Gallo (Business Administrator/City of Bayonne), Charles D'Amico (Counsel/City of Bayonne), Chief Kubert, and Deputy Chief Scianni. Upon meeting with them, they were advised of our investigation and our findings. It was then agreed upon that an internal investigation would be conducted by Joe Wax, the head of the Health Department. Upon completion of the investigation, the appropriate measures will be taken to correct any errors that are evident in the practices and policies of the Health Department. It was also agreed that if Wax found any evidence of criminal activity, the u/s should be notified immediately so a follow up investigation could be conducted. The u/s will await the results of the internal investigation.

| Rank/Name (print or type) | Page(s) | Date of Report |
|---|---|---|
| STRIFFOLINO, KEITH DET. P058<br>DIAS, NIKKI DET. P043 | Page 1 of 1 | 10/7/2010 |
| *[signatures]* | Reviewed By<br>BRACKEN, BRIAN D/SGT. S25 | PERCELLA-0244 |