# EXHIBIT N

LAW OFFICE
**CHARLES P. DAGLIAN**
34-36 JONES STREET
(At Journal Square)
JERSEY CITY, NJ 07306

CHARLES P. DAGLIAN

(201) 653-4543
(201) 653-4544
FAX (201) 653-0130

January 10, 2011

Peter J. Cresci, Esq.
830 Avenue A
P.O. Box 74
Bayonne, New Jersey 07002

RE: In the Matter of S. Percella/City of Bayonne

Dear Mr. Cresci:

I am in receipt of your letter of December 29, 2010 and acknowledge your representation of Ms. Stacie Percella.

I cannot agree to your terms for the interview of Stacie Percella. In order for this office to conduct an investigation of the allegations made by Ms. Percella, it would be necessary to interview her personally and not as you suggest, through written questions to your office.

One of the aims of any investigation is to judge the credibility of the persons involved. Therefore, a personal interview is necessary for that function.

If your client does not wish to be interviewed personally, I will continue my investigation but clearly, it will be more difficult to ascertain the truth of the allegations that she has made against her fellow employees.

If your client changes her position and wishes to be interviewed, please contact me.

Very truly yours,

Charles P. Daglian, Esq.

CPD:jf
Via Telefax & Regular Mail
Cc: Charles D'Amico, Esq.

PERCELLA-0233