# EXHIBIT O

**ANTHONY J. DESALVO**
ATTORNEY AT LAW
921 BERGEN AVENUE
JERSEY CITY, NEW JERSEY 07306
(201) 653-5101
FAX (201) 653-5102

MEMBER OF NJ & NY BAR

E-MAIL-AJDESQ74@VERIZON.NET

April 25, 2011

Mr. Steven Gallo
Business Administrator
City of Bayonne
630 Avenue C
Bayonne, NJ 07002

Re: Disciplinary Hearing
    Stacie Percella

Dear Mr. Gallo:

    On March 24, 2011, I acted as hearing officer on disciplinary charges against Stacie Percella who was charged with violation N.J.A.C. 4A:2-2.3 and more specifically, without authority having obtained confidential personnel information relating to Vanessa Bryant and Michael McKittrick relating to sick, personal and vacation days much of which constituted confidential documents and records.

    At the hearing the only witness to testify was Charles Daglian, Esq. on behalf of the City of Bayonne. Mr. Daglian had conducted an investigation regarding this matter and interviewed a number of witnesses. He submitted a report, which was produced at the hearing along with copies of documents in question. He testified that at a result of his investigation, it was his opinion Ms. Percella had obtained employee confidential personnel documents of which Ms. Percella did not have permission to have access or copy and were disseminated to members of the police department and to her attorney Peter Cresci, Esq. which were in violation of the City of Bayonne policy and other sufficient cause under N.J.A.C 4A:2-2.3.

    Ms. Percella declined to testify at the hearing and produce no testimony or evidence to refute the testimony of Mr. Daglian. Based upon the un-refuted testimony of Mr. Daglian, whose testimony I found to be credible and supported by documents submitted, I would recommend the charge against Ms. Percella be sustained. The City, in it's post hearing summation has recommended a 60 day suspension which is not unreasonable.

PERCELLA-0387

If you have any questions, please do not hesitate to contact me.

Very truly yours,

Anthony J. DeSalvo

AJD/hs
Cc Charles M. D'Amico, Esq.
    Michael A. Danton, Esq.

PERCELLA-0388