# EXHIBIT P

## Final Notice of Disciplinary Action (31-B)
### Civil Service Commission – State of New Jersey

Instructions for employer: This notice must be served on a permanent employee or an employee serving a working test period in the career service after a Departmental hearing (if one is requested) if one of the following types of disciplinary actions is taken: (a) suspension or fine for more than five working days at any one time; (b) suspension or fine for five working days or less where the aggregate number of days suspended or fined in any one calendar year is 15 working days or more; (c) the last suspension or fine where an employee receives more than three suspensions or fines of five working days or less in a calendar year; (d) disciplinary demotion from a title in which the employee has permanent status or received a regular appointment; (e) removal; or (f) resignation not in good standing. If the employee does not request or does not appear at the Departmental hearing, this notice must be served as the final action. A copy of this notice must be sent to the Civil Service Commission and served on the employee by personal service or by certified or registered mail.

| FROM: | Employing Agency Name: City of Bayonne | Address/Phone Number: 620 Avenue C, Bayonne, New Jersey 07002 | Date: 6/9/11 |
|---|---|---|---|
| | Attorney representing your agency should this matter be appealed: Anthony V. D'Elia, Esq. c/o Chasan Leyner & Lamparello, PC | Address/Phone number/Email address: 300 Harmon Meadow Blvd., Secaucus, NJ 07094 | |
| TO: | Employee Name: Stacie Percella | Permanent Civil Service Title: Deputy Registrar/Principal Clerk Typist | Social Security Number: 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 |
| | Address/Phone Number: 25 West 40th Street, Bayonne, New Jersey 07002 | | |

On 2/25/11 you were served with a Preliminary Notice of Disciplinary Action (31A) and notified of the pending disciplinary action.

[X] You requested a hearing which was held on 3/24/11   [ ] You did not request a hearing

[ ] You requested a hearing and did not appear at the designated time and place

**Sustained Charges:**

N.J.A.C. 4A:2-2.3

6. Conduct unbecoming a public employee;
8. Misuse of public property;
11. Other sufficient cause.

**Incident(s) giving rise to the charge(s) and the date(s) on which it/they occurred:**

[X] If checked, charges are continued on attached page.   [X] If checked, incidents are continued on attached page.

The following disciplinary action has been taken against you:

[X] Suspension for 60 working days, beginning 5/17/2011 and ending 8/8/2011

[ ] Indefinite suspension pending criminal charges effective (date) _____

[ ] Removal, effective (date) _____

[ ] Demotion to position of _____ effective (date) _____

[ ] Resignation not in good standing, effective (date) _____   [ ] Other Disciplinary Action

[ ] Fine _____ which is equal to _____ (number of working days)

Appointing authority or authorized agent's signature and title.

Signature: _____   Title: Business Administrator

This form must be personally served on the employee or sent by certified or registered mail.

[ ] Certified or Registered Mail   [ ] Receipt Number _____

[X] Signature of Server _____   [X] Date of personal service 5/9/11

APPEAL PROCEDURE TO THE EMPLOYEE: You have the right to appeal within 20 days from receipt of this form. All appeals must include a copy of this form. Pursuant to P.L. 2010, c. 26, effective July 1, 2010 there is a $20 fee for disciplinary appeals. Please include the required $20 fee with your appeal. Payment must be made by check or money order only, payable to NJ CSC. Persons receiving public assistance pursuant to P.L. 1947, c.156 (C.44:8-107 et seq.), P.L.1973, c. 256 (C.44:7-85 et seq.), or P.L.1997, c.38 (C.44:10-55 et seq.), and veterans as defined by N.J.S.A.11A:5-1 et seq. are exempt from this appeal fee. Appeals should be addressed to the Civil Service Commission, P.O. Box 312, Trenton, New Jersey 08625-0312. Any appeal postmarked after the 20 days statutory time limit will be denied. We recommend sending your appeal by certified mail to prove your filing in the event of lost or misdirected mail. Do not give your appeal to your personnel office for forwarding to the Civil Service Commission.
For more information on the rules that govern Major Discipline and the appeals process, please visit our website at www.state.nj.us/csc.

DPF-31B Revised 07-22-10

DISTRIBUTION: Employee, Union Representative or Attorney, Management, Civil Service Commission.
When using a form downloaded from the internet you still must provide the indicated above number of copies to all parties.

PERCELLA-0181