# EXHIBIT R



STATE OF NEW JERSEY

In the Matter of Stacie Percella
City of Bayonne
Department of Municipal Services

FINAL ADMINISTRATIVE ACTION
OF THE
CIVIL SERVICE COMMISSION

CSC DKT. NO. 2011-4775
OAL DKT. NO. CSV 07217-11

ISSUED: May 16, 2012    BW

The appeal of Stacie Percella, Deputy Registrar Vital Statistics/Principal Clerk Typist, City of Bayonne, Department of Municipal Services, 60 working day suspension, on charges, was heard by Administrative Law Judge Walter M. Braswell, who rendered his initial decision on April 16, 2012. No exceptions were filed.

Having considered the record and the Administrative Law Judge's initial decision, and having made an independent evaluation of the record, the Civil Service Commission, at its meeting on May 16, 2012, accepted and adopted the Findings of Fact and Conclusion as contained in the attached Administrative Law Judge's initial decision.

## ORDER

The Civil Service Commission finds that the action of the appointing authority in suspending the appellant was justified. The Commission therefore affirms that action and dismisses the appeal of Stacie Percella.

2

Re: Stacie Percella

This is the final administrative determination in this matter. Any further review should be pursued in a judicial forum.

DECISION RENDERED BY THE
CIVIL SERVICE COMMISSION ON
MAY 16, 2012

*Robert E. Brenner* /bw

Robert E. Brenner
Member
Civil Service Commission

| | |
|---|---|
| Inquiries<br>and<br>Correspondence | Henry Maurer<br>Director<br>Merit System Practices<br>  and Labor Relations<br>Civil Service Commission<br>Unit H<br>P. O. Box 312<br>Trenton, New Jersey 08625-0312 |

Attachment

PERCELLA-0337