# EXHIBIT S

October 6, 2010

Donna Russo, Esq.
Sexual Harassment Officer
City of Bayonne Law Department
603 Ave. C
Bayonne, NJ 07002

I am putting the Law Department on notice of a Sexual Harassment Act that took place in the Health Department on the following date.

On Wednesday October 6, 2010 at approximately 10:30am my Health Officer Richard Censullo came up to me and said "Chesty how is your feet doing?" Then proceeded to ask me if I missed him? I said no and he said you can lie with a straight face. I was taken back from his comment at the time and I just sat there stunned that he actually said it. He then turned around and started to talk to Simon Stergion.

I ran into Debbie Falciani from personnel office and asked who the Sexual Harassment Officer was and she said she would find out and let me know.

Respectfully,

Stacie Percella
Stacie Percella

PERCELLA-0264