# EXHIBIT T

October 8, 2010

Donna Russo Esq.
City of Bayonne Law Dept.
630 Ave. C Bayonne, NJ 07002

Dear Donna,

Today when I arrived at work at approximately 10:00am I was approached by Steve Gall, Joe Waks and Terrence Malloy and was asked to have a meeting with them in our Health Dept. conference room. I asked them if I needed my lawyer and Steve said no we only want to tell you something.

Steve said they were aware of the Sexual Harassment Complaint I made regarding my Health Officer Richard Censullo. That I was going to be transferred immediately to the Tax Assessors office. I asked why I was being punished and taken away from my job when I didn't do anything wrong. They stated that it was in the best interest to keep me separated from him at this time, until the situation is resolved. I said I didn't think that was fair as he is never here anyway. Joe Waks said that Rich was going to be spending more time in Bayonne and this is the way it was to be. I also asked why is it that they acted on this situation immediately, yet when I have tried to have a meeting with the mayor regarding another situation I was constantly pushed away. Mark was aware I wanted a meeting, but every time I called I was told they would have to get back to me. When Steve asked who said that to me I told him Debbie Celenza. So I think I am being punished for an ongoing situation that is supposedly being investigated by the police department at this time along with this complaint that I made against my boss on October 6, 2010.

Respectfully,
Stacie Percella

PERCELLA-0266